| | |
|---|---|
| 1 | Rachel M. Dollar, CSB 199977 |
| 2 | rdollar@smithdollar.com<br>Richard R. Sutherland, CSB 240858 |
| 3 | rsutherland@smithdollar.com<br>SMITH DOLLAR PC |
| 4 | 404 Mendocino Avenue, Second Floor<br>Santa Rosa, California 95401 |
| 5 | Telephone:  (707) 522-1100<br>Facsimile:  (707) 522-1101 |
| 6 | Attorneys for Plaintiff JPMorgan Chase Bank, N.A. |
| 7 | Artin Betpera, CSB 244477 |
| 8 | abetpera@greenhall.com<br>GREEN & HALL, A PROFESSIONAL CORPORATION |
| 9 | 1851 East First Street, 10th Floor<br>Santa Ana, California 92705-4052 |
| 10 | Telephone: (714) 918-7000<br>Facsimile: (714) 918-6996 |
| 11 | Philip R. Stein (Fl. Bar No. 67278) |
| 12 | *Pro Hac Vice Motion Pending*<br>pstein@bilzin.com |
| 13 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, 23rd Floor |
| 14 | Miami, FL 33131<br>Telephone: (305) 350-7220 |
| 15 | Facsimile: (305) 351-2147 |
| 16 | Attorneys for Defendant Paramount Mortgage Group, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JPMorgan Chase Bank, National Association, a National Banking Association,<br><br>        Plaintiff,<br>v.<br><br>Paramount Residential Mortgage Group, Inc., et al.,<br><br>        Defendant. | CASE NO.:  EDCV13-471 JGB (SPX)<br><br>**DISCOVERY**<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Judge:  Honorable Jesus Bernal<br><br>Complaint Filed:  March 13, 2013<br>Trial Date:            N/A<br><br>[NOTE CHANGES MADE BY COURT] |



335034

STIPULATED PROTECTIVE ORDER

# ORDER

It is therefore ORDERED that all CONFIDENTIAL INFORMATION produced or disclosed by any party to this action may only be used by the party receiving the CONFIDENTIAL INFORMATION in accordance with the Stipulation for Protective Order (docket no. 19); it is further

ORDERED that the parties to this action shall cooperate with one another in interpreting and complying with this Order.

DATED: September 11, 2013

/s/
**HONORABLE SHERI PYM**



335034

- 1 -
[PROPOSED] STIPULATED PROTECTIVE ORDER